UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David Karl Brecht,                              Bankruptcy No. 23-10659-pmm
          Debtor                              Chapter 13

**ORDER**

AND NOW, it is hereby ORDERED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until April 3, 2023 to file the missing documents.

Dated: 3/22/23

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge