**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: David K. Brecht, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 23-10659 (PMM) |

## Order Denying Motion to Extend Time

**AND NOW,** upon consideration of the Debtor's Motion to Extend Time to File (doc. #20, the "Motion");

AND the Motion being the Debtor's third request to extend the deadline for filing all necessary schedules and documents, see doc. #'s 13,17;

AND on April 3, 2023, the Court having entered an Order granting the Debtor's second such request and specifying that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Doc. #18 (emphasis in original);

It is therefore hereby **ordered** that the Motion is **denied**.

Date: 4/14/23

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**