**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:    David Karl Brecht,    :    Chapter 13
                    Debtor    :    Bankruptcy No.  23-10659-pmm

### CERTIFICATE OF NO PAYMENT ADVICES

**I,** David Karl Brecht, hereby certifies that within 60 days before the date of filing the above-captioned bankruptcy petition. I did not receive payment advices (e.g. "Pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: April 18, 2023    */s/ David Karl Brecht*