United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David Karl Brecht  
    Debtor

Case No. 23-10659-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Karl Brecht, 43 Five Points Road, Mertztown, PA 19539-9215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:**

**Name**      **Email Address**

BRENNA HOPE MENDELSOHN  
    on behalf of Debtor David Karl Brecht tobykmendelsohn@comcast.net

MICHAEL PATRICK FARRINGTON  
    on behalf of Creditor CrossCountry Mortgage  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]  
    ECFMail@ReadingCh13.com

United States Trustee  
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: David K. Brecht, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 23-10659 (PMM) |

## Order Denying Motion to Extend Time

**AND NOW,** upon consideration of the Debtor's Motion to Extend Time to File (doc. #20, the "Motion");

AND the Motion being the Debtor's third request to extend the deadline for filing all necessary schedules and documents, see doc. #'s 13,17;

AND on April 3, 2023, the Court having entered an Order granting the Debtor's second such request and specifying that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Doc. #18 (emphasis in original);

It is therefore hereby **ordered** that the Motion is **denied**.

**Date: 4/14/23**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**