**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: David Karl Brecht**<br>　　　　　　　　**Debtor**<br><br>**CrossCountry Mortgage, LLC**<br>　　　　　　　　**Movant**<br><br>　　　　vs.<br><br>**David Karl Brecht**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　**Respondents** | **CHAPTER 13**<br><br><br><br>**NO.** 23-10659 PMM |

**<u>ORDER</u>**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by CrossCountry Mortgage, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge