*Form 237* (3/23)–doc 33

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   David Karl Brecht<br><br>   Debtor(s). | Case No. 23–10659–pmm<br><br>Chapter: 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor USAA Federal Savings Bank;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ $9500.00 has been filed in your name by Brenna Hope Mendelsohn on 5–30–23.

Date: May 30, 2023                                                                                          For The Court

                                                                                                                           Timothy B. McGrath<br>                                                                                                                           Clerk of Court