United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 23-10659-pmm
David Karl Brecht                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: admin                              Page 1 of 2
Date Rcvd: May 30, 2023                 Form ID: 237                        Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Karl Brecht, 43 Five Points Road, Mertztown, PA 19539-9215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14762966 | + | Email/Text: bkelectronicnotices@usaa.com | May 31 2023 04:34:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor David Karl Brecht tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: May 30, 2023                       Form ID: 237                                    Total Noticed: 2

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 237* (3/23)–doc 33

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    David Karl Brecht | ) | Case No. 23−10659−pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>NOTICE</u>

To the debtor, debtor's counsel, trustee, and creditor USAA Federal Savings Bank;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ $9500.00 has been filed in your name by Brenna Hope Mendelsohn on 5−30−23.

Date: May 30, 2023

For The Court

Timothy B. McGrath
Clerk of Court