# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Karl Brecht<br>    Debtor(s)<br><br>CrossCountry Mortgage, LLC, its successors and/or assigns<br>    Movant<br>  vs.<br>David Karl Brecht<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | CHAPTER 13<br><br><br>NO. 23-10659 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of CrossCountry Mortgage, LLC, which was filed with the Court on or about **May 25, 2023 as Docket #31**.

Dated: June 5, 2023

                 Respectfully submitted,

                 /s/Michael P. Farrington
                 Michael P. Farrington, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215)-627-1322
                 mfarrington@kmllawgroup.com