United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10659-pmm

David Karl Brecht  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Aug 10, 2023      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Karl Brecht, 43 Five Points Road, Mertztown, PA 19539-9215 |
| 14781935 | + | ALEXIS ROTH, 800 E. HIGH ST, POTTSTOWN, PA 19464-5731 |
| 14762953 | + | Alexis Roth, Esquire, Wolf, Baldwin and Associates, P.C., 800 E. High Street, Pottstown, PA 19464-5731 |
| 14765805 | + | CrossCountry Mortgage LLC, C/O Michael P. Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14762955 | + | Deborah McGonigal, 2370 A Greensward South, Warrington, PA 18976-2040 |
| 14805870 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14762967 | + | William Rush, Esquire, 38 North 6th Street, PO Box 758, Reading, PA 19603-0758 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14781260 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:40:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14762954 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:56:15 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14765680 | ^ | MEBN | Aug 10 2023 23:24:52 | CrossCountry Mortgage, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14762956 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 10 2023 23:29:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 14781455 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 10 2023 23:29:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14772318 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 23:38:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14773026 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 10 2023 23:29:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14762957 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 23:38:40 | Syncb/Harbor Freight, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14782219 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2023 23:39:36 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14763221 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 23:39:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762958 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2023 23:38:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14762959 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 23-10659-pmm  Doc 42  Filed 08/12/23  Entered 08/13/23 00:30:44  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 155 | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 10 2023 23:39:28 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14762960 | + | Email/Text: documentfiling@lciinc.com | Aug 10 2023 23:29:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14762963 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:57:08 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14762964 | | Email/Text: bknotice@upgrade.com | Aug 10 2023 23:29:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14767227 | + | Email/Text: RASEBN@raslg.com | Aug 10 2023 23:29:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14762965 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 10 2023 23:29:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 14762966 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 10 2023 23:29:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14762961 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14762962 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14785941 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd., San Antonio, TX 78288-0002 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor David Karl Brecht tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: 155 | Total Noticed: 25 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David Karl Brecht
      Debtor(s)

Chapter: 13

Bankruptcy No: 23−10659−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Patricia M. Mayer
                                              Judge, United States Bankruptcy Court

41
Form 155