Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-10659-PMM**

David Karl Brecht  
43 Five Points Road  
Mertztown  PA    19539

Petition Filed Date: 03/07/2023  
341 Hearing Date: 04/25/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2023 | $500.00 | | 05/15/2023 | $500.00 | | 06/13/2023 | $500.00 | |
| 07/13/2023 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $2,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | USAA FEDERAL SAVINGS BANK<br>»»  001 | Unsecured Creditors | $15,446.07 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $807.62 | $0.00 | $0.00 |
| 3 | MET-ED FIRST ENERGY COMPANY<br>»»  003 | Unsecured Creditors | $2,767.75 | $0.00 | $0.00 |
| 4 | CITIBANK NA<br>»»  004 | Unsecured Creditors | $215.29 | $0.00 | $0.00 |
| 5 | CROSSCOUNTRY MORTGAGE, LLC<br>»»  005 | Mortgage Arrears | $1,129.96 | $0.00 | $0.00 |
| 6 | DEBORAH MCGONIGAL<br>»»  006 | Secured Creditors | $6,908.40 | $0.00 | $0.00 |
| 7 | SYNCHRONY BANK<br>»»  007 | Unsecured Creditors | $3,581.67 | $0.00 | $0.00 |
| 8 | SYNCHRONY BANK<br>»»  008 | Unsecured Creditors | $192.14 | $0.00 | $0.00 |
| 9 | USAA FEDERAL SAVINGS BANK<br>»»  009 | Unsecured Creditors | $9,500.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-10659-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $500.00 |
| Paid to Trustee: | $180.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $1,820.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.