United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 23-10659-pmm

David Karl Brecht                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                     User: admin                              Page 1 of 1

Date Rcvd: Feb 28, 2024                  Form ID: trc                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14781455 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 29 2024 00:27:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024                   Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

Name                             Email Address

BRENNA HOPE MENDELSOHN
                        on behalf of Debtor David Karl Brecht tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
                        on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
                        on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                        on behalf of Creditor CrossCountry Mortgage  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 23-10659-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

David Karl Brecht
43 Five Points Road
Mertztown PA 19539

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/28/2024.

Name and Address of Alleged Transferor(s):

Claim No. 5: CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047

Name and Address of Transferee:

CrossCountry Mortgage
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/01/24

Tim McGrath

**CLERK OF THE COURT**