| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-10659-PMM

David Karl Brecht
43 Five Points Road
Mertztown  PA   19539

Petition Filed Date: 03/07/2023
341 Hearing Date: 04/25/2023
Confirmation Date: 08/10/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $500.00 | | 09/13/2023 | $500.00 | | 10/16/2023 | $500.00 | |
| 11/13/2023 | $500.00 | | 12/13/2023 | $500.00 | | 01/16/2024 | $500.00 | |
| 02/13/2024 | $500.00 | | 03/13/2024 | $500.00 | | 04/15/2024 | $500.00 | |
| 05/13/2024 | $500.00 | | 06/13/2024 | $500.00 | | 07/15/2024 | $500.00 | |

**Total Receipts for the Period: $6,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | USAA FEDERAL SAVINGS BANK<br>»» 001 | Unsecured Creditors | $15,446.07 | $0.00 | $15,446.07 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $807.62 | $0.00 | $807.62 |
| 3 | MET-ED FIRST ENERGY COMPANY<br>»» 003 | Unsecured Creditors | $2,767.75 | $0.00 | $2,767.75 |
| 4 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $215.29 | $0.00 | $215.29 |
| 5 | CROSSCOUNTRY MORTGAGE, LLC<br>»» 005 | Mortgage Arrears | $1,129.96 | $587.60 | $542.36 |
| 6 | DEBORAH MCGONIGAL<br>»» 006 | Secured Creditors | $6,908.40 | $3,592.40 | $3,316.00 |
| 7 | SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $3,581.67 | $0.00 | $3,581.67 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $192.14 | $0.00 | $192.14 |
| 9 | USAA FEDERAL SAVINGS BANK<br>»» 009 | Unsecured Creditors | $9,500.00 | $0.00 | $9,500.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 23-10659-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $7,680.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $820.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.