UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David Brecht                           Case Number 23-10659-PMM

Debtor                                        Chapter 13

ORDER APPROVING PROPOSED SETTLEMENT AND DISTRIBUTION OF PROCEEDS

AND NOW, upon consideration of Debtor's Motion for an Order Approving a Personal Injury Settlement Regarding Mass Tort Claim for Combat Arms Earplugs, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Debtor is authorized to settle and accept the personal injury mass tort action for consideration of $10,000.00.

Debtor proposes to distribute the settlement proceeds as follows:

1. Common Benefit Fund: $ 900.00
2. 40% Contingency Fee to personal injury Attorney: $3640.00
3. Reimbursement of personal injury Attorney expenses: $70.00
4. Net Distribution to Debtor: $5,390.00.

Debtor's personal injury attorneys are authorized to send $5,390.00, which represents Debtor's exempt personal injury award to Debtor, c/o his Bankruptcy counsel, Brenna H. Mendelsohn, Esquire and Mendelsohn & Mendelsohn, PC.

For good cause shown, the Court approves the proposed settlement and distribution as specified above.

**Date: November 14, 2024**

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Court