United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10659-pmm |
| David Karl Brecht | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Karl Brecht, 43 Five Points Road, Mertztown, PA 19539-9215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 16, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor David Karl Brecht tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

```
                    UNITED STATES BANKRUPTCY COURT

                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE: David Brecht                   Case Number 23-10659-PMM

   Debtor                                Chapter 13



         ORDER APPROVING PROPOSED SETTLEMENT AND DISTRIBUTION OF PROCEEDS

         AND NOW, upon consideration of Debtor's Motion for an Order Approving a
   Personal Injury Settlement Regarding Mass Tort Claim for Combat Arms
   Earplugs, it is hereby ORDERED that the Motion is GRANTED.

         It is further ORDERED that Debtor is authorized to settle and accept
   the personal injury mass tort action for consideration of $10,000.00.

         Debtor proposes to distribute the settlement proceeds as follows:
```

1. Common Benefit Fund: $ 900.00
2. 40% Contingency Fee to personal injury Attorney: $3640.00
3. Reimbursement of personal injury Attorney expenses: $70.00
4. Net Distribution to Debtor: $5,390.00.

```
         Debtor's personal injury attorneys are authorized to send $5,390.00, which
         represents Debtor's exempt personal injury award to Debtor, c/o his
         Bankruptcy counsel, Brenna H. Mendelsohn, Esquire and Mendelsohn &
         Mendelsohn, PC.


         For good cause shown, the Court approves the proposed settlement and
   distribution as specified above.
```

**Date: November 14, 2024**

```
                                         BY THE COURT:

                                         Patricia M. Mayer
                                         _____
                                         Patricia M. Mayer
                                         United States Bankruptcy Court
```