UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  David Karl Brecht,                :     Chapter 13
            Debtor         :     Bankruptcy No. 23-10659-pmm

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,500.00 as legal fees from 10/7/2024-4/28/2025.

BY THE COURT

5/21/25

_Patricia M. Mayer_

Patricia M. Mayer
U.S. Bankruptcy Judge