UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  David Karl Brecht,            :    Chapter 13
        Debtor              :    Bankruptcy No. 23-10659-pmm

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 62, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 61) is approved.

BY THE COURT:

5/29/25

_____
Patricia M. Mayer
United States Bankruptcy Judge